**Lonnell David SLIGH, Petitioner–Appellant,**

v.

**Patrick CONROY, Warden; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 00–7602.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Lonnell David Sligh, pro se. John Joseph Curran Jr., Attorney General, Ann Norman Bosse, Jason Trumpbour, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Lonnell David Sligh appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Sligh v. Conroy,* No. CA–99–1218–WMN (D.Md. Sept. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*